IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERT F. SARTORI,

    Plaintiff,

vs.                                                                                        No. 1:12-cv-00515 JB-WDS

SUSAN C. LITTLE & ASSOCIATES, PA and
BAC HOME LOANS SERVICING, LP

    Defendants.

## ORDER GRANTING DEFENDANT SUSAN C. LITTLE & ASSOCIATES, PA'S MOTION TO AMEND ANSWER

THIS MATTER having come before the Court on Defendant Susan C. Little & Associate, PA's Motion for Leave to Amend its Answer to Plaintiff Robert F. Sartori's Amended Complaint [doc. 81], the Court having reviewed the Motion, and being otherwise fully advised in the premises, and noting the concurrence of all parties, finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that Defendant Susan C. Little & Associates, PA's Motion to Amend its Answer to Plaintiff Robert F. Sartori's Amended Complaint be and hereby is GRANTED, and that Defendant Susan C. Little & Associates, PA shall file its First Amended Answer within ten days of the date of this order.

_____
W. Daniel Schneider
United States Magistrate Judge

Approved by:

/s/ Daniel W. Lewis
Daniel W. Lewis
Christopher P. Winters
Allen, Shepherd, Lewis & Syra, P.A.
P.O. Box 94750
Albuquerque, NM  87199-4750
*Attorneys for Defendant Susan C. Little &*
*Associates, PA*


*Telephonic approval on 10/31/2012*
Jason C. Bousliman, Esq.
Daniel M. Hill, Esq.
Lewis and Roca, LLP
201 Third St. NW, Suite 1950
Albuquerque, NM 87102
*Attorneys for BAC Home Loans Servicing, LP*


*Approval via filing [doc. 85]*
Robert F. Sartori
P.O. Box 24
McIntosh, NM 87032
*Plaintiff, Pro Se*